IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 4:08-cv-00098-MP-WCS

RAYMOND R. BROWN,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Motion to Seal Document, filed by United States of America. It is hereby

**ORDERED AND ADJUDGED:**

The motion at doc. 5 is granted, and the Clerk is directed to place doc. 4 under seal.

**DONE AND ORDERED** this  *17th*   day of July, 2008

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge