IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 4:08-cv-00098-MP-WCS

RAYMOND R. BROWN,

    Defendant.

_____/

## DEFAULT JUDGMENT

       This matter is before the Court on Doc. 6, Motion for Default Judgment, filed by the United States of America. The complaint in the above action was filed in this Court on February 28, 2008, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant. Default was duly entered as to the Defendant on July 11, 2008 (doc. 7).

       By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $13,952.04 (Defendant owes Plaintiff the principal sum of $12,036.88, interest of $1,565.16 accrued through November 15, 2007, plus accruing interest at the annual rate of 8.02% as set forth in the Certificate of Indebtedness prepared by the Department of Education; and $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2)).

       **DONE AND ORDERED** this *23rd* day of September, 2008

                                            *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge